ROB BONTA
Attorney General of California
LARA HADDAD, State Bar No. 319630
Supervising Deputy Attorney General
WILLIAM BELLAMY, State Bar No. 347029
Deputy Attorney General
CARTER M. JANSEN, State Bar No. 347116
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6601
 Fax:  (916) 731-2124
 E-mail:  carter.jansen@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA MORTGAGE ASSOCIATION**, a California nonprofit association; **CALIFORNIA CREDIT UNION LEAGUE**, a California nonprofit association; **UNITED TRUSTEES ASSOCIATION**, a nonprofit association; **CHEN WANG QIN**, an individual; **LENDER 1**, a California corporation; **LENDER 2**, a California corporation; **LENDER 3**, a federally chartered credit union; **BALBOA, LLC**, a California limited liability company; **WILLIAM TERRY HUNEFELD**, an individual; **POSTCITY FINANCIAL CREDIT UNION**, a non-profit financial cooperative; **BEACON DEFAULT MANAGEMENT, INC.**, a California corporation; and **ZBS LAW, LLP**, a California limited liability partnership,<br><br>                              Plaintiffs,<br><br>    v.<br><br>**ROB BONTA**, in his official capacity as Attorney General of the State of California,<br><br>                              Defendant. | Case No. 2:25-cv-02614-DAD-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:         Hon. Dale A. Drozd<br>Courtroom:  4, 15th floor<br>Action Filed: September 8, 2025 |

1

1    Pursuant to Civil Local Rule 144, Plaintiffs and Defendant, acting by and through their
2    respective counsel, stipulate and respectfully submit as follows:
3    WHEREAS, Plaintiffs filed the Complaint on September 8, 2025;
4    WHEREAS, Plaintiffs served the Complaint and Summons on Defendant on September 18,
5    2025;
6    WHEREAS, the deadline for Defendant to answer or otherwise respond to Plaintiffs'
7    Complaint is October 9, 2025 under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure;
8    WHEREAS, under Civil Local Rule 144(a), the parties can stipulate to give Defendant an
9    extension of time to respond to the Complaint of up to 28 days without leave of court;
10   THEREFORE, the parties hereby stipulate to provide Defendant with a 14-day extension of
11   time to answer or otherwise respond to the Complaint. Defendant's response to the Complaint is
12   now due on **October 23, 2025**.
13   IT IS SO STIPULATED.

Dated:  September 24, 2025                              Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General
WILLIAM BELLAMY
Deputy Attorney General

*/s/ Carter M. Jansen*
CARTER M. JANSEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California*

| | | |
|---|---|---|
| 1 | Dated:  September 24, 2025 | Respectfully submitted, |
| 2 | | BUCHALTER<br>A Professional Corporation |
| 3 | | |
| 4 | | /s/ Robert S. McWhorter (as authorized on Sep. 24, 2025)<br>ROBERT S. MCWHORTER |
| 5 | | *Attorneys for Plaintiffs* CALIFORNIA MORTGAGE ASSOCIATION, *a California nonprofit association;* CALIFORNIA CREDIT UNION LEAGUE, *a California nonprofit association;* UNITED TRUSTEES ASSOCIATION, *a nonprofit association;* CHEN WANG QIN, *an individual;* LENDER 1, *a California corporation;* LENDER 2, *a California corporation;* LENDER 3, *a federally chartered credit union;* BALBOA, LLC, *a California limited liability company;* WILLIAM TERRY HUNEFELD, *an individual;* POSTCITY FINANCIAL CREDIT UNION, *a non-profit financial cooperative;* BEACON DEFAULT MANAGEMENT, INC., *a California corporation; and* ZBS LAW, LLP, *a California limited liability partnership.* |

# CERTIFICATE OF SERVICE

| Case Name: | **California Mortgage Ass'n, et al. v. Rob Bonta** | Case No. | **2:25-cv-02614-DAD-CKD** |
|---|---|---|---|

I hereby certify that on <u>September 24, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 24, 2025</u>, at Fresno, California.

| A. Billings | */s/ A. Billings* |
|---|---|
| Declarant | Signature |

SA2025304995
95658553