1  ROB BONTA
   Attorney General of California
2  LARA HADDAD, State Bar No. 319630
   Supervising Deputy Attorney General
3  WILLIAM BELLAMY, State Bar No. 347029
   Deputy Attorney General
4  CARTER M. JANSEN, State Bar No. 347116
   Deputy Attorney General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
6    Telephone:  (213) 269-6601
     Fax:  (916) 731-2124
7    E-mail:  carter.jansen@doj.ca.gov
   *Attorneys for Rob Bonta in his official capacity as*
8  *Attorney General of the State of California*

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11                              SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA MORTGAGE ASSOCIATION**, a California nonprofit association; **CALIFORNIA CREDIT UNION LEAGUE**, a California nonprofit association; **UNITED TRUSTEES ASSOCIATION**, a nonprofit association; **CHEN WANG QIN**, an individual; **LENDER 1**, a California corporation; **LENDER 2**, a California corporation; **LENDER 3**, a federally chartered credit union; **BALBOA, LLC**, a California limited liability company; **WILLIAM TERRY HUNEFELD**, an individual; **POSTCITY FINANCIAL CREDIT UNION**, a non-profit financial cooperative; **BEACON DEFAULT MANAGEMENT, INC.**, a California corporation; and **ZBS LAW, LLP**, a California limited liability partnership,<br><br>            Plaintiffs,<br><br>    v.<br><br>**ROB BONTA**, in his official capacity as Attorney General of the State of California,<br><br>            Defendant. | Case No. 2:25-cv-02614-DAD-CKD<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINES FOR DEFENDANT'S RESPONSES TO PLAINTIFFS' COMPLAINT AND PLAINTIFFS' MOTION TO PROCEED UNDER A PSEUDONYM**<br><br>Judge:      Hon. Dale A. Drozd<br>Courtroom:  4, 15th floor<br>Action Filed:  September 8, 2025 |

# MOTION FOR ADMINISTRATIVE RELIEF

Plaintiffs and Defendant respectfully request an order extending the time for Defendant to respond to Plaintiffs' Complaint (Dkt. No. 1) and Plaintiffs' Motion to Proceed Under a Pseudonym (Dkt. No. 2) to **November 13, 2025**. This extension will prevent the unnecessary expenditure of counsel's resources because Plaintiffs may file an Amended Complaint in the coming weeks. This Motion is made pursuant to Local Rule 233.

On September 24, 2025, under Local Rule 144, the parties stipulated to a 14-day extension of time to respond to the Complaint, such that the deadline for Defendant to answer or otherwise respond to the Complaint was October 23, 2025 (Dkt. No. 6).

On September 26, 2025, under Local Rule 233, Defendant filed an unopposed Motion for Administrative Relief to extend the time to respond to Plaintiffs' Motion to Proceed Under a Pseudonym ("Pseudonym Motion") to October 23, 2025. The Court granted this motion on September 29, 2025 (Dkt. No. 10).

On October 20, 2025, the Parties met and conferred regarding the Pseudonym Motion, a potential motion to dismiss and motion for preliminary injunction. Based on this discussion, Plaintiffs may file an Amended Complaint in the coming weeks, which may also impact the Pseudonym Motion. Therefore, to avoid unnecessary work, the parties respectfully request that Defendant's deadline to respond to the Complaint and the Pseudonym Motion be extended by three weeks to November 13, 2025.

Dated: October 22, 2025 Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General
WILLIAM BELLAMY
Deputy Attorney General

*/s/ Carter M. Jansen*
CARTER M. JANSEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California*

Dated: October 22, 2025 Respectfully submitted,

BUCHALTER
A Professional Corporation

*/s/ Robert S. McWhorter* (as authorized on October 21, 2025)
ROBERT S. MCWHORTER
*Attorneys for Plaintiffs CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; LENDER 1, a California corporation; LENDER 2, a California corporation; LENDER 3, a federally chartered credit union; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; POSTCITY FINANCIAL CREDIT UNION, a non-profit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership.*