**BUCHALTER, A Professional Corporation**
Harry W.R. Chamberlain II (Bar No. 95780)
Email: *hchamberlain@buchalter.com*
Jason E. Goldstein (Bar No. 207481)
Email: *jgoldstein@buchalter.com*
Robert S. McWhorter (Bar No. 226186)
Email: *rmcwhorter@buchalter.com*
Jarrett S. Osborne-Revis (Bar No. 289193)
Email: *josbornerevis@buchalter.com*
Katharine H. Falace (Bar No. 222744)
Email: *kfalace@buchalter.com*
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone:   916.495.5170

**WRIGHT, FINLAY & ZAK, LLP**
T. Robert Finlay (Bar No. 167280)
Email: *rfinlay@wrightlegal.net*
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone:  949.477.5050
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; and POSTCITY FINANCIAL CREDIT UNION, a non-profit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership,<br><br>                            Plaintiffs, | Case No. 2:25-cv-02614-DAD-CKD<br><br>**JOINT APPLICATION / STIPULATION AND [PROPOSED] ORDER PERMITTING THE PARTIES TO FILE BRIEFS ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS EXCEEDING THE PAGE LIMITATIONS PRESCRIBED IN THE HONORABLE JUDGE DROZD'S STANDING ORDERS**<br><br>Judge:     Hon. Dale Drozd<br>Crtrm:    4<br>Location: 501 I St, 15th Floor<br>                Sacramento, CA 95814 |

v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

Defendant.

Plaintiffs, CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; POSTCITY FINANCIAL CREDIT UNION, a non-profit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership, (collectively, referred to as "Plaintiffs") and Defendant, Rob Bonta in his official capacity as Attorney General of the State of California ("Defendant") (collectively, "Parties") stipulate and jointly apply as follows:

## RECITALS

1. Pursuant to the joint stipulation regarding the briefing schedule [Dkt No. 15] and the Order issued on November 25, 2025 [Dkt No. 16], Plaintiffs' moving papers for its Motion for Preliminary Injunction ("PI Motion") are due to be filed and served on December 15, 2025. Defendant's opposition is due January 5, 2026 and Plaintiffs' reply is due January 16, 2026.

2. Pursuant to the joint stipulation regarding the briefing schedule [Dkt No. 15] and the Order issued on November 25, 2025 [Dkt No. 16], Defendant's moving papers for its Motion to Dismiss ("Motion to Dismiss") are due to be filed and served on December 15, 2025. Plaintiffs' opposition is due January 5, 2026 and Defendant's reply is due January 16, 2026.

3. Under Honorable Judge Drozd's Standing Order in Civil Cases, section I.B states

that "the moving and opposition briefs or legal memorandum in civil cases shall not exceed 25 pages. Reply briefs filed by moving parties shall not exceed 15 pages."

4. On December 12, 2025, the Parties met and conferred regarding the page limits for the moving papers, oppositions and replies for the PI Motion and Motion to Dismiss. Because of the complexity and extent of the legal issues involved in this matter, it is necessary to exceed the page limitations prescribed in the Honorable Judge Drozd's Standing Order in Civil Cases, Section I.B.

## **STIPULATION**

5. The Parties stipulate and agree to modify Honorable Judge Drozd's Standing Order in Civil Cases, Section I.B's page limitations as follows:

- The Memorandums of Points and Authorities for Plaintiffs' PI Motion and Defendant's Motion to Dismiss shall not exceed 30 pages of substantive text;
- Plaintiffs' Opposition to the Motion to Dismiss shall not exceed 30 pages of substantive text;
- Defendant's Opposition to the PI Motion shall not exceed 30 pages of substantive text; and
- Plaintiffs' Reply to Defendant's Opposition to the PI Motion and Defendant's Reply to Plaintiffs' Opposition to the Motion to Dismiss shall not exceed 20 pages of substantive text.

6. Nothing in this stipulation shall constitute a waiver of any claims, defenses, or objections the parties may raise relating to the Plaintiffs' PI Motion and Defendant's Motion to Dismiss.

7. The parties respectfully request that the Court enter the [Proposed] Order submitted concurrently with this Stipulation.

DATED: December 12, 2025

BUCHALTER
A Professional Corporation

By: /s/Robert S. McWhorter
Harry W.R. Chamberlain II
Jason E. Goldstein
Robert S. McWhorter
Jarrett S. Osborne-Revis

Attorneys for Plaintiffs CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; and POSTCITY FINANCIAL CREDIT UNION, a non-profit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership

DATED: December 12, 2025

ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/Carter M. Jansen (as approved on 12/12/25)
Carter M. Jansen, Deputy Attorney General

Attorney for Defendant, ROB BONTA, in his official capacity as Attorney General of the State of California

**ORDER**

This matter came before this Court based on the foregoing Stipulation. This Court finds good cause to enter this Order.

**IT IS HEREBY ORDERED THAT:**

- The Memorandums of Points and Authorities for Plaintiffs' PI Motion and Defendant's Motion to Dismiss shall not exceed 30 pages of substantive text;
- Plaintiffs' Opposition to the Motion to Dismiss shall not exceed 30 pages of substantive text;
- Defendant's Opposition to the PI Motion shall not exceed 30 pages of substantive text; and
- Plaintiffs' Reply to Defendant's Opposition to the PI Motion and Defendant's Reply to Plaintiffs' Opposition to the Motion to Dismiss shall not exceed 20 pages of substantive text.

DATED: _____

_____
HONORABLE DALE DROZD
District Court Judge