ROB BONTA
Attorney General of California
LARA HADDAD, State Bar No. 319630
Supervising Deputy Attorney General
WILLIAM BELLAMY, State Bar No. 347029
Deputy Attorney General
CARTER M. JANSEN, State Bar No. 347116
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6601
 Fax:  (916) 731-2124
 E-mail:  carter.jansen@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA MORTGAGE ASSOCIATION**, a California nonprofit association, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA**, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 2:25-cv-02614-DAD-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR PENDING MOTIONS AND CONTINUANCE OF JOINT STATUS CONFERENCE**<br><br>Judge:         Hon. Dale A. Drozd<br>Courtroom:  4, 15th floor<br>Action Filed:  September 8, 2025 |

Plaintiffs and Defendant, Rob Bonta in his official capacity as Attorney General for the State of California ("Defendant"), acting by and through their respective counsel, stipulate as follows:

**RECITALS**

1.  On December 15, 2025, Plaintiffs filed a Motion for Preliminary Injunction ("PI Motion"), and Defendant filed a Motion to Dismiss (collectively, the "Motions"). Dkt. Nos. 19 & 20.

1

2. Pursuant to the briefing schedule previously agreed to by the parties, and approved by the Court (Dkt. No. 16), the following deadlines currently apply with respect to the Motions:

    a. Plaintiffs' Opposition to the Motion to Dismiss must be filed by January 5, 2026.

    b. Defendant's Opposition to the PI Motion must be filed by January 5, 2026.

    c. Plaintiffs' Reply in support of the PI Motion must be filed by January 16, 2026.

    d. Defendant's Reply in support of the Motion to Dismiss must be filed by January 16, 2026.

    e. The hearing for the Motions will be held on February 2, 2026, at 1:30 p.m.

3. Due to unforeseen commitments during the weeks of December 22 and December 29, 2025, for the Defendant's key attorneys, the parties respectfully propose that the briefing deadlines for the Motions be extended by one (1) week as follows:

    a. Plaintiffs' Opposition to the Motion to Dismiss must be filed by **January 12, 2026**.

    b. Defendant's Opposition to the PI Motion must be filed by **January 12, 2026**.

    c. Plaintiffs' Reply in support of the PI Motion must be filed by **January 23, 2026**.

    d. Defendant's Reply in support of the Motion to Dismiss must be filed by **January 23, 2026**.

4. The parties further propose that the Court reschedule the hearing for the Motions to **February 16, 2026, at 1:30 p.m.**

5. Additionally, the parties respectfully request that the Court continue the January 26, 2026, Status (Pretrial Scheduling) Conference and extend the January 12, 2026, Joint Status Report deadline until after the Court has resolved the pending Motions. The Court's rulings on the PI Motion and Motion to Dismiss are likely to significantly affect the scope and timing of further proceedings, and deferring the Status Conference and its related deadlines will conserve the resources of both the parties and the Court.

2

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE
FOR PENDING MOTIONS AND CONTINUANCE OF JOINT STATUS CONFERENCE
(2:25-cv-02614-DAD-CKD)

6.    The Parties will submit a proposed scheduling order, including proposed dates for the Status Conference and Joint Status Report, within fourteen (14) days of the Court's rulings on the Motions.

7.    The parties respectfully request that the Court enter the [Proposed] Order submitted concurrently with this Stipulation.

Dated:  December 19, 2025                           Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General
WILLIAM BELLAMY
Deputy Attorney General

*/s/ Carter M. Jansen*
CARTER M. JANSEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California*

3

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE
FOR PENDING MOTIONS AND CONTINUANCE OF JOINT STATUS CONFERENCE
(2:25-cv-02614-DAD-CKD)

Dated:  December 19, 2025          Respectfully submitted,

BUCHALTER
A Professional Corporation

*/s/ Robert S. McWhorter* (as authorized on December 19, 2025)
ROBERT S. MCWHORTER
*Attorneys for Plaintiffs CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; POSTCITY FINANCIAL CREDIT UNION, a non-profit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership.*

4

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR PENDING MOTIONS AND CONTINUANCE OF JOINT STATUS CONFERENCE
(2:25-cv-02614-DAD-CKD)

# [PROPOSED] ORDER

This matter came before this Court based on the foregoing Stipulation. This Court finds good cause to enter this Order.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be filed by **January 12, 2026**.
2. Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed by **January 12, 2026**.
3. Plaintiffs' Reply in Support of their Motion for Preliminary Injunction shall be filed by **January 23, 2026**.
4. Defendant's Reply in Support of his Motion to Dismiss shall be filed by **January 23, 2026**.
5. The hearing for both motions shall be held on **February 16, 2026 at 1:30 p.m.**
6. The Status (Pretrial Scheduling) Conference is continued, and the Joint Status Report deadline is extended, to dates to be set after the Court resolves both of these motions. Within fourteen (14) days of those rulings, the Parties shall submit a proposed scheduling order that includes dates for the Status Conference and Joint Status Report.

Dated: _____    _____
                                                                                 The Honorable Dale A. Drozd

5

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE
FOR PENDING MOTIONS AND CONTINUANCE OF JOINT STATUS CONFERENCE
(2:25-cv-02614-DAD-CKD)

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **California Mortgage Ass'n, et al. v. Rob Bonta** | Case No.: | **2:25-cv-02614-DAD-CKD** |

I hereby certify that on <u>December 19, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR PENDING MOTIONS AND CONTINUANCE OF JOINT STATUS CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 19, 2025</u>, at Los Angeles, California.

| Kevin Carballo | *Kevin Carballo* |
|---|---|
| Declarant | Signature |