ROB BONTA
Attorney General of California
LARA HADDAD, State Bar No. 319630
Supervising Deputy Attorney General
WILLIAM BELLAMY, State Bar No. 347029
Deputy Attorney General
CARTER M. JANSEN, State Bar No. 347116
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6601
 Fax:  (916) 731-2124
 E-mail:  carter.jansen@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA MORTGAGE ASSOCIATION**, a California nonprofit association, et al.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ROB BONTA**, in his official capacity as Attorney General of the State of California,<br><br>                              Defendant. | Case No. 2:25-cv-02614-DAD-CKD<br><br>**NOTICE OF ERRATA REGARDING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. NO. 20-1)**<br><br>Judge:         Hon. Dale A. Drozd<br>Courtroom:  4, 15th floor<br>Action Filed: September 8, 2025 |

1

NOTICE OF ERRATA REGARDING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. NO. 20-1)
(2:25-cv-02614-DAD-CKD)

Defendant Rob Bonta, in his official capacity as Attorney General for the State of California, respectfully submits the following Notice of Errata to correct the inadvertent citation to an incorrect section of the California Civil Code. In Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss First Amended Complaint (Dkt. No. 20-1), Defendant cites to Cal. Civ. Code Section 2931 and describes it as the statute that "permit[s] nonjudicial foreclosures" in California. Memorandum at 15, 18. Defendant had intended to cite Cal. Civ. Code Section 2924, the correct statutory section that supports this assertion.

Defendant regrets this error and respectfully submits an Amended Motion to Dismiss First Amended Complaint citing the correction statutory section on these two pages. A chart summarizing the corrections to the Motion to Dismiss First Amended Complaint is below:

| Location of Original Text | Original Text | Amended Text (Redline) |
|---|---|---|
| Table of Authorities, Page vi, "California Civil Code" | California Civil Code<br>§§ 2923.3-2944.10 .............. 6, 13<br>§§ 2923.4-2914.19 ................. 22<br>§ 2923.5 .................11, 13, 22, 23<br>§§ 2924-2924k....................... 13<br>§ 2924.12(i) ............................ 10<br>§ 2924.13 ........................*passim*<br>§ 2924.15 ............................... 23<br>§ 2924.19 ...............................13<br>§ 2931...............................15, 18 | California Civil Code<br>§§ 2923.3-2944.10 .............. 6, 13<br>§§ 2923.4-2914.19 ................. 22<br>§ 2923.5 .................11, 13, 22, 23<br>§§ 2924-2924k....................... 13<br>§ 2924................................. 15, 18<br>§ 2924.12(i) ............................ 10<br>§ 2924.13 ........................*passim*<br>§ 2924.15 ............................... 23<br>§ 2924.19 ...............................13<br>§ 2931...............................15, 18 |
| Page 15, Lines 20-21. | Because the right to nonjudicial foreclosure is *entirely created by statute* (§ 2931), it is "not a vested property right." *Id.* | Because the right to nonjudicial foreclosure is *entirely created by statute* (§ 2931 2924), it is "not a vested property right." *Id.* |
| Page 18, Lines 4-6. | Plaintiffs claim that requiring additional procedural requirements before a nonjudicial sale can proceed conflicts with *federal* law—notwithstanding that it is *state* law that provides the right to nonjudicial foreclosure to begin with. *See* § 2931 (statute permitting nonjudicial foreclosures). | Plaintiffs claim that requiring additional procedural requirements before a nonjudicial sale can proceed conflicts with *federal* law—notwithstanding that it is *state* law that provides the right to nonjudicial foreclosure to begin with. *See* § 2931 2924 (statute permitting nonjudicial foreclosures). |

2

NOTICE OF ERRATA REGARDING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. NO. 20-1)
(2:25-cv-02614-DAD-CKD)

Dated: December 22, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General
WILLIAM BELLAMY
Deputy Attorney General

*/s/ Carter M. Jansen*
CARTER M. JANSEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California*

3

NOTICE OF ERRATA REGARDING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. NO. 20-1)
(2:25-cv-02614-DAD-CKD)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **California Mortgage Ass'n, et al. v. Rob Bonta** | Case No.: | **2:25-cv-02614-DAD-CKD** |

I hereby certify that on <u>December 22, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ERRATA REGARDING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. NO. 20-1)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 22, 2025</u>, at Los Angeles, California.

|   Kevin Carballo   |   |
|:---:|:---:|
| Declarant | Signature |