**BUCHALTER LLP**
Harry W.R. Chamberlain II (Bar No. 95780)
Email: *hchamberlain@buchalter.com*
Jason E. Goldstein (Bar No. 207481)
Email: *jgoldstein@buchalter.com*
Robert S. McWhorter (Bar No. 226186)
Email: *rmcwhorter@buchalter.com*
Jarrett S. Osborne-Revis (Bar No. 289193)
Email: *josbornerevis@buchalter.com*
Katharine H. Falace (Bar No. 222744)
Email: *kfalace@buchalter.com*
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone:     916.495.5170

**WRIGHT, FINLAY & ZAK, LLP**
T. Robert Finlay (Bar No. 167280)
Email: *rfinlay@wrightlegal.net*
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: 949.477.5050

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; and POSTCITY FINANCIAL CREDIT UNION, a nonprofit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership,<br><br>Plaintiffs,<br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 2:25-cv-02614-DAD-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO ALTER, AMEND, VACATE OR SET ASIDE JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 59 AND 60, AND FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT UNDER RULE 15**<br><br>Judge:      Hon. Dale Drozd<br>Crtrm:      4<br>Location:   United States District Court<br>             501 I St, 15th Floor<br>             Sacramento, CA 95814 |

1

Attorneys for Plaintiffs, CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association, et al. and Defendant, Rob Bonta in his official capacity as Attorney General of the State of California ("Defendant") (collectively, "Parties") stipulate as follows:

**RECITALS**

1.  Plaintiff intends to file a Motion for Post-Judgment Relief to alter, amend, vacate or set aside the Judgment of dismissal entered June 4, 2026 pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, and should the Judgment be vacated for leave to file their Second Amended Complaint pursuant to Rule 15 (hereafter "Post- Judgment Motion").

2.  Under Local Rule 230(b), motions must be set for hearing on a date designated by the Court or agreed upon in compliance with the Court's calendar and procedures.

3.  The Parties have met and conferred by their counsel via Zoom teleconference, and Defendant intends to oppose the relief sought by Plaintiffs' Post-Judgment Motion.

4.  The Parties met and conferred regarding scheduling, and ascertained possible hearing dates from the Clerk; they agree this Court should set the Post-Judgment Motion for hearing on a date mutually convenient to the Court's and the parties' calendars, and establish a briefing schedule.

**5.**  The Parties shall propose that this Court set the hearing on for **October 19, 2026, at 1:30 p.m.** with the following briefing schedule, which accommodates the trial calendars and scheduled family vacations of the Parties' counsel during summer months:

- Plaintiffs' Post-Judgment Motion and supporting papers shall each be filed and served by **July 2, 2026**.

- Plaintiffs' Opposition to the Post-Judgment Motion shall be filed and served by **September 28, 2026**;

- Plaintiffs' Reply to Defendant's Opposition to the Post-Judgment Motion shall be filed and served by **October 13, 2026**; and

6.  Nothing in this stipulation shall constitute a waiver of any claims, defenses, or objections the parties may raise relating to the motion.

7.  The parties respectfully request that the Court enter the [Proposed] Order submitted concurrently with this Stipulation.

2

**IT IS SO STIPULATED:**

DATED: June 29, 2026                    **BUCHALTER LLP**

By: */s/ Jason E Goldstein*
  Harry W.R. Chamberlain II
  Jason E. Goldstein
  Robert S. McWhorter
  Jarrett S. Osborne-Revis


**WRIGHT, FINLAY & ZAK, LLP**

By: */s/ T. Robert Finlay (as authorized by co-counsel)*
  T. Robert Finlay

Attorneys for Plaintiffs CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; and POSTCITY FINANCIAL CREDIT UNION, a non-profit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership

DATED: June 29, 2026                    ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: */s/ Carter M. Jansen (as authorized on 6/29/26)*
Carter M. Jansen, Deputy Attorney General

Attorney for Defendant, ROB BONTA,
in his official capacity as Attorney General of the State of California

3

## ORDER

This matter came before this Court for scheduling based on the foregoing Stipulation. This Court finds good cause to enter this Order.

**IT IS HEREBY ORDERED THAT:**

1.    Plaintiffs' Post-Judgment Motion and supporting papers shall be filed and served by **July 2, 2026**;

2.    Plaintiffs' Opposition to the Post-Judgment Motion shall be filed and served by **September 28, 2026**.

3.    Plaintiffs' Reply to Defendant's Opposition to the Post-Judgment Motion shall be filed and served by **October 13, 2026**; and

4.    The hearing of Plaintiffs' Post-Judgment Motion is set for **October 19, 2026 at 1:30 p.m. in Courtroom 4** unless hereafter ordered otherwise.

**IT IS SO ORDERED.**

DATED: _____          _____
                                 HONORABLE DALE DROZD
                                 United States District Court Judge