**Michael L. Tusken (Cal. Bar No. 175715)**
LAW OFFICES OF MICHAEL L. TUSKEN
1510 W. Whittier Boulevard, #42
La Habra, California 90631
Telephone: (562) 365-9465; Facsimile: (562) 252-8529
Email: Michael@TuskenLaw.com

**Attorney for Applicants for Intervention**
**JOHN AKRABIAN and MARINA AKRABIAN**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; POSTCITY FINANCIAL CREDIT UNION, a nonprofit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership, <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. <br><br> JOHN AKRABIAN and MARINA AKRABIAN, individuals, <br><br> Applicants for Intervention. | **Case No. 2:25-cv-02614-DAD-CKD** <br><br> **[Fed. R. App. P. 3, 4(a)(1)(A), 4(a)(4)(B)(i)–(ii)]** <br><br> **Judge:  Hon. Dale A. Drozd** <br> **Courtroom:  4, 15th Floor** <br> **Action Filed:  September 8, 2025** <br> **Judgment Entered:  June 4, 2026** <br> **(ECF Nos. 51 and 52)** |

*John and Marina Akrabian's Notice of Appeal of Denial of Intervention, filed on Independence Day, July 4, 2026 and Representation Statement*

1

**NOTICE OF APPEAL**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1. PLEASE TAKE NOTICE that JOHN AKRABIAN and MARINA AKRABIAN (the "Akrabians"), applicants for leave to intervene in this action (ECF No. 33), hereby appeal to the United States Court of Appeals for the Ninth Circuit from: (a) so much of this Court's Order filed June 4, 2026 (ECF No. 51), as denied the Akrabians' Ex Parte Application for Leave to Intervene (ECF No. 33) as moot (ECF No. 51 at 17); and (b) the Judgment entered June 4, 2026 (ECF No. 52), to the extent the Judgment operates to foreclose the Akrabians' intervention or otherwise adversely affects their interests.

2. This Notice of Appeal is timely. The Judgment was entered on June 4, 2026. The thirtieth day thereafter, July 4, 2026, is a Saturday and a legal holiday, so the period runs through and including Monday, July 6, 2026. Fed. R. App. P. 4(a)(1)(A), 26(a)(1)(C), 26(a)(6).

3. This Notice is filed protectively. On July 2, 2026, the CMA Plaintiffs filed a Notice of Appeal (ECF No. 55) and post-judgment motion papers seeking relief from the Judgment, Request for Judicial Notice, and leave to file a Second Amended Complaint (ECF Nos. 53, 54, 57.

To the extent Plaintiffs' post-judgment filing constitutes a timely motion of a type listed in Federal Rule of Appellate Procedure 4(a)(4)(A), this Notice becomes effective upon entry of the order disposing of the last such remaining motion. Fed. R. App. P. 4(a)(4)(B)(i).

The Akrabians expressly reserve the right to amend this Notice, within the time prescribed by Rule 4, to challenge the order disposing of any such motion and any amended judgment. Fed. R. App. P. 4(a)(4)(B)(ii).

4. Nothing in this Notice is intended to divest, or shall be construed as divesting, this Court of jurisdiction to decide Plaintiffs' pending post-judgment motion or the Akrabians' concurrently filed Motion for Reconsideration and for Relief from Order and Judgment. *See* Fed. R. App. P. 4(a)(4)(B)(i); Fed. R. Civ. P. 62.1.

5. The required filing fee accompanies this Notice. A Representation Statement pursuant to Ninth Circuit Rule 3-2 and Federal Rule of Appellate Procedure 12(b) is attached.

DATED:  July 3, 2026

Respectfully submitted,

LAW OFFICES OF MICHAEL L. TUSKEN

**By:  /s/ Michael L. Tusken/s/**
　　Michael L. Tusken (Cal. Bar No. 175715)
　　Attorney for Applicants for Intervention
　　John and Marina Akrabian

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
**REPRESENTATION STATEMENT**
**[Ninth Circuit Rule 3-2; Fed. R. App. P. 12(b)]**

The undersigned represents Appellants (Applicants for Intervention) John and Marina Akrabian, and no other party. Pursuant to Ninth Circuit Rule 3-2 and Federal Rule of Appellate Procedure 12(b), the parties to the action below and their counsel of record are:

**APPELLANTS (Applicants for Intervention):**
John Akrabian and Marina Akrabian
**Counsel:** Michael L. Tusken (Cal. Bar No. 175715)
Law Offices of Michael L. Tusken
1510 W. Whittier Boulevard, #42
La Habra, California 90631
Tel. (562) 365-9465
Email: Michael@TuskenLaw.com
Counsel is Registered for Electronic Filing in the Ninth Circuit Court of Appeals

**PLAINTIFFS–APPELLEES:**
California Mortgage Association;
California Credit Union League;
United Trustees Association;
Chen Wang Qin;
Surf City Investors, LLC;
Stephen Ng;
NDetail Capital LLC;
Balboa, LLC;
William Terry Hunefeld;
PostCity Financial Credit Union;
Beacon Default Management, Inc.; and
ZBS Law, LLP.

**Counsel for above-noted Plaintiffs-Appellees:**
Harry W.R. Chamberlain II;
Jason E. Goldstein;
Robert S. McWhorter;
BUCHALTER LLP,
500 Capitol Mall, Suite 1900,
Sacramento, CA 95814;
Tel. (916) 945-5170 (ECF No. 55) and
916.495.5170 (ECF No. 57-2)]; and

T. Robert Finlay
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court, Suite 200,
Newport Beach, CA 92660
Tel. (949) 477-5050

*John and Marina Akrabian's Notice of Appeal of Denial of Intervention, filed on Independence Day, July 4, 2026 and Representation Statement*

**4**

**DEFENDANT–APPELLEE:**
Rob Bonta, in his official capacity as Attorney General of the State of California

Counsel:  Carter M. Jansen
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, California 90013
Telephone: (213) 269-6601]
Email: Carter.Jansen@doj.ca.gov

DATED:  July 3, 2026

Respectfully submitted,

LAW OFFICES OF MICHAEL L. TUSKEN

**By:  /s/ Michael L. Tusken/s/**
Michael L. Tusken (Cal. Bar No. 175715)
Attorney for Applicants for Intervention
John and Marina Akrabian

*John and Marina Akrabian's Notice of Appeal of Denial of Intervention, filed on Independence Day, July 4, 2026 and Representation Statement*

**5**