**BUCHALTER LLP**
Harry W.R. Chamberlain II (Bar No. 95780)
Email: *hchamberlain@buchalter.com*
Jason E. Goldstein (Bar No. 207481)
Email: *jgoldstein@buchalter.com*
Robert S. McWhorter (Bar No. 226186)
Email: *rmcwhorter@buchalter.com*
Jarrett S. Osborne-Revis (Bar No. 289193)
Email: *josbornerevis@buchalter.com*
Katharine H. Falace (Bar No. 222744)
Email: *kfalace@buchalter.com*
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone:     916.495.5170

**WRIGHT, FINLAY & ZAK, LLP**
T. Robert Finlay (Bar No. 167280)
Email: *rfinlay@wrightlegal.net*
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone:  949.477.5050

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; and POSTCITY FINANCIAL CREDIT UNION, a nonprofit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>                    Defendant. | Case No. 2:25-cv-02614-DAD-CKD<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING:**<br><br>1.  **Memorandum in Support of Plaintiffs' Motion to Alter, Amend, Vacate or Set Aside Judgment Under FRCP Rules 59 and 60 and for Leave to File Second Amended Complaint [Doc. No. 57];**<br><br>2.  **Request for Judicial Notice in Support of Plaintiffs' Motion [Doc. No. 57-1]**<br><br>Date:       October 19, 2026<br>Time:       1:30 p.m.<br>Judge:      Hon. Dale A. Drozd<br>Crtrm:      4<br>Location:   501 I St, 15th Floor |

**PLAINTIFFS' NOTICE OF ERRATA: (1) MEM. ISO MOTION TO ALTER , AMEND, VACATE OR SET ASIDE JUDGMENT UNDER FRCP RULES 59 AND 60 AND TO FILE SECOND AMENDED COMPLAINT; (2) REQUEST FOR JUDICIAL NOTICE**

**TO THE COURT, DEFENDANT AND HIS COUNSEL OF RECORD:**

Plaintiffs, CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; POSTCITY FINANCIAL CREDIT UNION, a nonprofit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership, (collectively, referred to as "Plaintiffs") hereby submit this Notice of Errata regarding Plaintiffs' Motion to Alter , Amend, Vacate or Set Aside Judgment Under Federal Rules of Civil Procedure 59 and 60, and for Leave to File Their Second Amended Complaint (Rule 15); ("Motion") filed on July 2, 2026 [Dkt No. 57] and Plaintiffs' Request for Judicial Notice ("RJN"), filed on July 2, 2026 [Dkt No. 57-1].

Due to an error in our firm Adobe Acrobat program for electronically converting Exhibits, our office encountered problems in finalizing the hard copy RJN Exhibits attached to the accompanying Request for Judicial Notice, consequently the Memorandum in Support of the Motion (Memorandum) [Doc. No. 57] did not correctly reference citations to the "RJN Exhibits" to Request for Judicial Notice. There are two incorrect Financial Code citations to the wrong section number. Plaintiffs submit a corrected Memorandum with those citations. For ease of reading, below are the page numbers and lines with added, corrected citations:

| Mem. P &A Page Number | MPA P&A Line Number | Corrected Cite |
| --- | --- | --- |
| Page 2 | Footer 1 | Doc, No. 19 at 11 |
| Page 4 | Line 7 | Leg. Counsel's Digest, RJN Ex. 1 |
| Page 4 | Line 12-13 | RJN Ex. 6 at 1-2 |
| Page 4 | Line 27 | RJN Ex. 6 at 2 |
| Page 5 | Line 4 | RJN Es. 6 at 3 |
| Page 5 | Line 14 | RJN Ex. 1 at 2 |
| Page 6 | Line 12 | RJN Ex. 6 at |
| Page 6 | Lines 19-20 | RJN Ex. 5 |
| Page 7 | Line 3 | RJN Ex.  3 at 5-6 |
| Page 7 | Line 9 | RJN Ex. 6 |

| Page 7 | Line 14 | RJN Ex. 3 at 9 |
| Page 8 | Line 7 | Removed, there is a "hyperlink" |
| Page 8 | Lines 13-14 | Removed, there is a "hyperlink" |
| Page 8 | Line 17 | H. Chamberlain decl. ¶2; RJN Ex. 7 |
| Page 9 | Lines 14-15 | RJN Ex. 2 and RJN Ex. 4 at 5-6 |
| Page 9 | Line 17 | RJN Ex. 5 |
| Page 9 | Line 23 | RJN Ex. 2 at 2-3 |
| Page 10 | Line 8 | RN Ex. 2 at 4; RJN Ex. 4 at 13 |
| Page 12 | Line 19 | RJN Ex. 5 at 1-3 |
| Page 14 | Line 21 | RJN Ex. 5  at 1-3 |
| Page 17 | Line 22 | RJN Ex. 7 |
| Page 17 | Line 26 | Removed, replaced with hyperlink |
| Page 19 | Line 1 | RJN Ex. 3 at 12 |
| Page 14 | Line 16 ("section 90015") | section 90017 |
| Page 19 | Line 2  ("section 900015") | section 90017 |

Upon review, Plaintiffs' Request for Judicial Notice [Doc. No. 57-1] was uploaded to the PACER system for filing containing pages that were out of order.   The RJN as-filed includes some inaccurate or incomplete descriptions of documents which are attached. All of the Legislative History materials were obtained from the State of California's Legislative Information website, leginfo.legislature.ca.gov with links to the text of the Bill language, Reports and Committee Analyses for AB 825 (2025) and AB 1864 (2020). For example, the link for SB 825: Bill Analysis - SB-825 Consumers: financial protection. Bill Analysis - SB-825 Consumers: financial protection.

Some of the titles of RJN Exhibits in the Index are inaccurately described, and should read:

| Exhibit | Description |
| --- | --- |
| 1 | June 30, 2025, Legislative Counsel's Digest, California Legislature bill, SB 825 (Oct. 6, 2025, 2025 Stats, Ch. 355) <br><br> [RJN Exs. 1-4 and 6 are reprinted from the California Legislative Information website's "Bill Analysis" history links for the bills refererenced at legisinfo.legislature.ca.gov] |
| 2 | June 24, 2025, operative language of Section 2924.13 taken from Senate Bill No. 681 SB 825 Assembly Floor Analysis (Aug. 22, 2025) |
| 3 | June 24, 2025, operative language of Section 2924.13 taken from Senate Bill No. 681 ("SB 681") and added into AB 130 SB 825 Assemby Banking & Fin. Cmte. Analysis (July 7, 2025) |
| 4 | SB 825  AssemblyBanking & Fin. Cmte Analysis (July 3, 2025) |
| 5 | CFPB Rule, "Authority of States" (87 Fed. Reg. 319430) |
| 6 | AB 1864 Senate Floor Analysis (Third Reading) (Aug. 11, 2020) |
| 7 | DFPI website press releases - case settlements |

Pages 4, 5 and 6 or the RJN (including the Legal Memorandum and Declaration of Harry W.R. Chamberlain II in support of the Request for Judicial) were erroneously attached as the last pages at the end of the RJN in the original filing (i.e., as the last pages <u>after</u> the RJN Exhibits). The original filing also appears to have inadvertently omitted RJN Ex. 7 which is a one-page PDF screen shot taken from the "**Press Releases**" website of the California Department of Financial Protection and Innovation (DFPI) containing public messages with links from that Department concerning DFPI's settlements of proceedings with licensees:  The Chamberlain Declaration on Page 6 should reference "Exhibits ONE through SEVEN" (not FOUR).

All corrections in the amended filings are <mark>highlighted in YELLOW</mark>.

DATED: July 6, 2026                              Respectfully submitted,

**BUCHALTER LLP**


By: *//s// Harry W.R. Chamberlain II*
           Harry W.R. Chamberlain II

**WRIGHT, FINLAY & ZAK, LLP**


By: *//s// T. Robert Finlay (as authorized 7/2/2026)*
           T. Robert Finlay

Attorneys for Plaintiffs, CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; and POSTCITY FINANCIAL CREDIT UNION, a nonprofit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership