UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA MORTGAGE ASSOCIATION; et al., <br><br> Plaintiffs - Appellants, <br><br> CALIFORNIA CREDIT UNION LEAGUE; et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant - Appellee, <br><br> v. <br><br> JOHN AKRABIAN and MARINA AKRABIAN, <br><br> Movants - Appellees. | No. 26-4381 <br><br> D.C. No. 2:25-cv-02614-DAD-CKD Eastern District of California, Sacramento <br><br> ORDER |
| CALIFORNIA MORTGAGE ASSOCIATION; et al., <br><br> Plaintiffs - Appellees, <br><br> CALIFORNIA CREDIT UNION LEAGUE; et al., <br><br> Plaintiffs, | No. 26-4383 <br> D.C. No. 2:25-cv-02614-DAD-CKD Eastern District of California, Sacramento |

v.

ROB BONTA,

        Defendant - Appellee,

v.

MARINA AKRABIAN and JOHN AKRABIAN,

        Movants - Appellants.

Proceedings in this court other than mediation are stayed until the district court rules on the timely tolling motion filed on July 2, 2026. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

The clerk will send a copy of this order to the district court and the district judge.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2

26-4381