ROB BONTA
Attorney General of California
LARA HADDAD, State Bar No. 319630
Supervising Deputy Attorney General
WILLIAM BELLAMY, State Bar No. 347029
Deputy Attorney General
CARTER M. JANSEN, State Bar No. 347116
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6601
 Fax:  (916) 731-2124
 E-mail:  carter.jansen@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as*
*Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA MORTGAGE ASSOCIATION**, a California nonprofit association, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA**, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 2:25-cv-02614-DAD-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE ON JOHN AND MARINA AKRABIAN'S MOTION PURSUANT TO RULES 60(b)(1) AND 60(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 230(j) OF THE EASTERN DISTRICT OF CALIFORNIA [DKT. NO. 59]**<br><br>Judge:        Hon. Dale A. Drozd<br>Courtroom:   4, 15th floor<br>Action Filed:  September 8, 2025 |

1

Attorneys for Defendant, Rob Bonta in his official capacity as Attorney General of the State of California ("Defendant") and John and Marina Akrabian ("Proposed Intervenors"), by and through their undersigned counsel, stipulate as follows:

**RECITALS**

1.     Proposed Intervenors filed a Motion Pursuant to Rules 60(b)(1) and 60(b)(6) of the Federal Rules of Civil Procedure and Local Rule 230(j) of the Eastern District of California (the "Proposed Intervenors' Post-Judgment Motion") on July 6, 2026.  *See* Dkt. No. 59.

2.     In their Post-Judgment Motion, Proposed Intervenors ask to "join in the stipulated hearing and briefing schedule" for Plaintiffs' Motion to Alter, Amend, Vacate or Set Aside Judgment Under Federal Rules of Civil Procedure 59 and 60 ("Plaintiffs' Post-Judgment Motion").  Dkt. No. 59 at 5; *see also* Dkt. No. 57 (Plaintiffs' Post-Judgment Motion).

3.     On July 14, 2026, Defendant and Proposed Intervenors met and conferred regarding the Proposed Intervenors' Post-Judgment Motion.  Defendant and Proposed Intervenors agreed that the briefing schedule and hearing date for Proposed Intervenors' Post-Judgment Motion should match that of Plaintiffs' Post-Judgment Motion.  *See* Dkt. No. 54 (Minute Order setting briefing schedule for Plaintiff's Post-Judgment Motion).

6.     Accordingly, Defendant and the Proposed Intervenors propose that this Court set the following briefing and hearing schedule for Proposed Intervenors' Post-Judgment Motion, which matches the schedule for Plaintiffs' Post-Judgment Motion:

- Defendant's Opposition to Proposed Intervenors' Post-Judgment Motion shall be filed and served by **September 28, 2026**;
- Proposed Intervenors' Reply to Defendant's Opposition shall be filed and served by **October 13, 2026**; and
- The hearing for Proposed Intervenors' Post-Judgment Motion shall be held on **October 19, 2026 at 1:30 p.m.**

6.      Nothing in this stipulation shall constitute a waiver of any claims, defenses, or objections Defendant or Proposed Intervenors may raise regarding Proposed Intervenors' Post-Judgment Motion.

7.      Defendant and Proposed Intervenors respectfully request that the Court enter the [Proposed] Order submitted concurrently with this Stipulation.

**IT IS SO STIPULATED.**

Dated:  August 6, 2026                                   Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General
WILLIAM BELLAMY
Deputy Attorney General

*/s/ Carter M. Jansen*
CARTER M. JANSEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California*

Dated:  August 6, 2026                                   */s/ Michael L. Tusken*
MICHAEL L. TUSKEN
Law Offices of Michael Tusken
*Attorney for John and Marina Akrabian*

STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE ON PROPOSED INTERVENORS' POST-JUDGMENT MOTION (DKT. NO. 59) (2:25-cv-02614-DAD-CKD)

## **[PROPOSED] ORDER**

This matter came before this Court for scheduling based on the foregoing Stipulation. This Court finds good cause to enter this Order.

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Opposition to Proposed Intervenors' Post-Judgment Motion shall be filed and served by **September 28, 2026**.

2. Proposed Intervenors' Reply to Defendant's Opposition to the Post-Judgment Motion shall be filed and served by **October 13, 2026**; and

3. The hearing of Proposed Intervenors' Post-Judgment Motion is set for **October 19, 2026 at 1:30 p.m. in Courtroom 4** unless hereafter ordered otherwise.


**IT IS SO ORDERED.**


DATED: _____

_____
HONORABLE DALE DROZD
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE ON PROPOSED INTERVENORS' POST-JUDGMENT MOTION (DKT. NO. 59) (2:25-cv-02614-DAD-CKD)