**BUCHALTER LLP**
Harry W.R. Chamberlain II (Bar No. 95780)
Email: *hchamberlain@buchalter.com*
Jason E. Goldstein (Bar No. 207481)
Email: *jgoldstein@buchalter.com*
Robert S. McWhorter (Bar No. 226186)
Email: *rmcwhorter@buchalter.com*
Jarrett S. Osborne-Revis (Bar No. 289193)
Email: *josbornerevis@buchalter.com*
Katharine H. Falace (Bar No. 222744)
Email: *kfalace@buchalter.com*
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.495.5170

**WRIGHT, FINLAY & ZAK, LLP**
T. Robert Finlay (Bar No. 167280)
Email: *rfinlay@wrightlegal.net*
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: 949.477.5050

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association; CALIFORNIA CREDIT UNION LEAGUE, a California nonprofit association; UNITED TRUSTEES ASSOCIATION, a nonprofit association; CHEN WANG QIN, an individual; SURF CITY INVESTORS, LLC, a California limited liability company; STEPHEN NG, an individual; NDETAIL CAPITAL LLC, a California limited liability company; BALBOA, LLC, a California limited liability company; WILLIAM TERRY HUNEFELD, an individual; and POSTCITY FINANCIAL CREDIT UNION, a nonprofit financial cooperative; BEACON DEFAULT MANAGEMENT, INC., a California corporation; and ZBS LAW, LLP, a California limited liability partnership,

Plaintiffs,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

Defendant.

Case No. 2:25-cv-02614-DAD-CKD

**STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE ON JOHN AND MARINA AKRABIAN'S MOTION PURSUANT TO THE RULES 60(B)(1) AND 60(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 230(J) OF THE EASTERN DISTRICT OF CALIFORNIA**

Judge: Hon. Dale Drozd
Crtrm: 4
Location: United States District Court
501 I St, 15th Floor
Sacramento, CA 95814

Attorneys for Plaintiffs, CALIFORNIA MORTGAGE ASSOCIATION, a California nonprofit association, et al. ("Plaintiffs") and Proposed Intervenors, John and Marina Akrabian ("Proposed Intervenors") (collectively, "Parties") stipulate as follows:

**RECITALS**

1. Proposed Intervenors filed a Motion Pursuant to Rules 60(b)(1) and 60(b)(6) of the Federal Rules of Civil Procedure on July 6, 2026 (hereafter "Proposed Intervenor's Post-Judgment Motion"). See Docket No. 59.

2. On August 6, 2026, the Proposed Intervenors filed a Stipulation and [Proposed] Order re Hearing and Briefing Schedule on John and Marina Akrabian's Motion Pursuant to Rules 60(b)(1) and 60(b)(6) of the Federal Rules of Civil Procedure and Local Rule 230(j) of the Eastern District of California ("Stipulation and Proposed Order"). See Docket No. 70.

3. On August 11, 2026, the Court entered the Stipulation and Proposed Order, see Docket No. 71 ("Defendant Stipulation"), which sets forth the following briefing schedule for Proposed Intervenor's Post-Judgment Motion:

- Defendant's Opposition to Proposed Intervenor's Post-Judgment Motion is due to be filed and served by September 28, 2026;
- Proposed Intervenors' Reply to Defendant's Opposition is due to be filed and served by October 13, 2026; and
- The hearing for Proposed Intervenor's Post-Judgment Motion is scheduled on October 19, 2026, at 1:30 p.m.

4. Plaintiffs were **NOT** a party to, or even aware of, the Defendant Stipulation. Plaintiffs request that the same schedule be afforded to them as applied to the Defendant because Plaintiffs intend to address the relief sought by Proposed Intervenor's Post-Judgment Motion.

5. Accordingly, Plaintiffs and the Proposed Intervenors proposed this Court allow enter an order:

- Plaintiffs' Opposition/Response to Proposed Intervenor's Post-Judgment Motion shall be filed and served by September 28, 2026;
- Proposed Intervenors' Reply to Plaintiffs' Opposition/Response is due to be filed and served by October 13, 2026.

6. Nothing in this stipulation shall constitute a waiver of any claims, defenses, or objections the parties may raise relating to the motion.

7. The parties respectfully request that the Court enter the [Proposed] Order submitted concurrently with this Stipulation.

**IT IS SO STIPULATED:**

DATED: August 12, 2026

**BUCHALTER LLP**

By: */s/ Robert S. McWhorter*
Harry W.R. Chamberlain II
Jason E. Goldstein
Robert S. McWhorter
Jarrett S. Osborne-Revis

DATED: August 13, 2026

LAW OFFICES OF MICHAEL L. TUSKEN

By: */s/Michael L. Tusken*
Michael L. Tusken
Law Offices of Michael L. Tusken
Attorney for John and Marina Akrabian

**ORDER**

This matter came before this Court for scheduling based on the foregoing Stipulation. This Court finds good cause to enter this Order.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Opposition/Response to Proposed Intervenor's Post-Judgment Motion shall be filed and served by September 28, 2026;
2. Proposed Intervenors' Reply to Plaintiffs' Opposition/Response is due to be filed and served by October 13, 2026.

**IT IS SO ORDERED.**

DATED: _________________

_________________________________________
HONORABLE DALE DROZD
U.S. District Court Judge