**Michael L. Tusken** (Cal. Bar No. 175715)
Law Offices of Michael L. Tusken
1510 West Whittier Boulevard, #42
La Habra, California 90631
Telephone: (562) 365-9465; Facsimile: (562) 252-8529
Michael@TuskenLaw.com

**Attorney for John Akrabian and Marine (Marina) Akrabian (Movants under Rule 60(b), Dkt. 59)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| **CALIFORNIA MORTGAGE ASSOCIATION**, a California nonprofit association; **CALIFORNIA CREDIT UNION LEAGUE**, a California nonprofit association; **UNITED TRUSTEES ASSOCIATION**, a nonprofit organization; **CHEN WANG QIN**, an individual; **SURF CITY INVESTORS, LLC**, a California limited liability company; **STEPHEN NG**, an individual; **NDETAIL CAPITAL, LLC**, a California limited liability company; **BALBOA, LLC**, a limited liability company; **WILLIAM TERRY HUNEFELD**, an individual; **POSTCITY FINANCIAL CREDIT UNION**, a non-profit financial cooperative; **BEACON DEFAULT MANAGEMENT, INC.**, a California corporation; and **ZBS LAW, LLP**, a California limited liability partnership,<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA**, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 2:25-cv-02614-DAD-CKD<br><br>**NOTICE OF RELATED CASES**<br><br>[E.D. Cal. L.R. 123]<br><br>Related Case: *Akrabian v. California Mortgage Ass'n*, No. 2:26-cv-01781 (E.D. Cal., filed Sept. 24, 2026)<br><br>Judge: Hon. Dale A. Drozd |

**TO THE COURT, THE CLERK, AND ALL PARTIES:**

(1) Under Local Rule 123(b), John Akrabian and Marine (Marina) Akrabian (the "Akrabians") give notice that the following actions are related:

(a) ***California Mortgage Ass'n v. Bonta***, No. 2:25-cv-02614-DAD-CKD (E.D. Cal.), assigned to the Honorable Dale A. Drozd (the "CMA Action"). The Court entered judgment on June 4, 2026 (Dkts. 51, 52). The CMA Plaintiffs' motion under

Rules 59(e) and 60(b) (Dkt. 57) is set for hearing on October 19, 2026. The Akrabians' motion under Rule 60(b) (Dkt. 59) is pending. Cross-appeals are pending as Ninth Circuit Nos. 26-4381 and 26-4383.

(b) ***Akrabian v. California Mortgage Ass'n***, No. 2:26-cv-01781 (E.D. Cal., filed September 24, 2026) (the "Akrabian Action"). The Akrabians sue California Mortgage Association, United Trustees Association, West Coast 2015-4 LLC, West Coast Servicing, Inc., and ZBS Law, LLP. They seek declarations and damages under 42 U.S.C. § 1983, declarations under 28 U.S.C. § 2201, and relief under California Civil Code section 2924.13(g).

(2) **The relationship.** Local Rule 123 applies to an action related to another action "on file (whether or not dismissed or otherwise terminated)."[1] The two actions are related under Local Rule 123(a)(1), (3), and (4).

(3) *Same parties and similar claims.* California Mortgage Association, United Trustees Association, and ZBS Law, LLP are plaintiffs in the CMA Action and defendants in the Akrabian Action. The Akrabians applied to intervene in the CMA Action on February 13, 2026 (Dkts. 33, 34). Both actions seek declarations on the constitutionality of California Civil Code section 2924.13.[2]

(4) *Similar questions of fact and the same questions of law.* Both actions present the questions whether section 2924.13 is consistent with the Contract and Due Process Clauses, whether it applies to foreclosure sales completed before its effective date of June 30, 2025, and who may enforce it. The Court answered part of the last question on June 4, 2026: section 2924.13 "provides for its enforcement by borrowers in state court civil proceedings."[3] The Akrabian Action is brought by such borrowers. The same judge is likely to save substantial judicial effort, because the same record on the statute's purpose and reach is before the Court,

1 E.D. Cal. L.R. 123(b).

2 E.D. Cal. L.R. 123(a)(1).

3 CMA Action, Dkt. 51 at 8.

including the Attorney General's letter brief (Dkt. 50) and the declarations of his experts (Dkts. 27-1, 27-2).[4]

(5) *Duplication of labor*. Assignment to different judges would require two judges to learn the same statute, the same legislative history, and the same Eleventh Amendment ruling, and it would risk inconsistent rulings on the constitutionality and reach of the same statute.[5]

(6) **Request.** The CMA Action bears the lower number. The Akrabians respectfully request that Judge Drozd reassign the Akrabian Action to himself under Local Rule 123(c). This notice does not itself request consolidation, because the CMA Action remains closed subject to post-judgment motions and appeals. The two actions share a common question of law, the validity and reach of section 2924.13, and the same three parties stand on the same side of it in both. If the Court reopens the CMA Action on Dkt. 57 or Dkt. 59, the Akrabians will move promptly to consolidate the actions under Federal Rule of Civil Procedure 42(a), or in the alternative to renew their motion to intervene.

(7) **Other related proceedings.** For completeness, the Akrabians disclose ***Akrabian v. Veripro Solutions, Inc.***, No. 2:23-cv-08709-DMG-AGR (C.D. Cal.), *appeal pending*, No. 25-6099 (9th Cir.), which concerns the same foreclosure. That action is not pending in this District.

(8) This notice is filed and served in each action, as Local Rule 123(b) requires.

Dated: September 24, 2026

Respectfully submitted,

**/s/ Michael L. Tusken**
Michael L. Tusken (Cal. Bar No. 175715)
Law Offices of Michael L. Tusken
Attorney for John Akrabian and Marina Akrabian

4 E.D. Cal. L.R. 123(a)(3).

5 E.D. Cal. L.R. 123(a)(4).

## CERTIFICATE OF SERVICE

I am employed in Los Angeles County in the State of California. I am over the age of 18 years and not a party to the within action. My business address is 1510 W. Whittier Blvd., #42, La Habra, CA 90631.

On September 24, 2026, I served the foregoing document entitled "Notice of Related Cases (E.D. Cal. L.R. 123)" through the Court's CM/ECF system in *Cal. Mortg. Ass'n v. Bonta*, No. 2:25-cv-02614-DAD-CKD, which will send notice to all counsel of record there, and by email to the following:

| | |
|---|---|
| BUCHALTER, A Professional Corporation<br>Harry W.R. Chamberlain II<br>Jason E. Goldstein<br>Robert S. McWhorter<br>Jarrett S. Osborne-Revis<br>Katharine H. Falace<br>500 Capitol Mall, Suite 1900<br>Sacramento, CA 95814<br>hchamberlain@buchalter.com;<br>jgoldstein@buchalter.com;<br>rmcwhorter@buchalter.com;<br>josbornerevis@buchalter.com;<br>kfalace@buchalter.com | Attorneys for Plaintiffs in *Cal. Mortg. Ass'n v. Bonta*, including California Mortgage Association, United Trustees Association, and ZBS Law, LLP |
| WRIGHT, FINLAY & ZAK, LLP<br>T. Robert Finlay<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br>rfinlay@wrightlegal.net | Attorneys for Plaintiffs in *Cal. Mortg. Ass'n v. Bonta* |
| ROB BONTA, Attorney General of California<br>Lara Haddad, Supervising Deputy Attorney General<br>William Bellamy, Deputy Attorney General<br>Carter M. Jansen, Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013-1230<br>carter.jansen@doj.ca.gov | Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California |
| Bradford E. Klein<br>ZBS Law LLP<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606<br>bklein@zbslaw.com | Counsel for West Coast Servicing, Inc., West Coast 2015-4 LLC, and ZBS Law, LLP (courtesy copy) |

[X] (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746. Executed on September 24, 2026, at Rowland Heights, California.

**/s/ Michael L. Tusken**
Michael L. Tusken